# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL DAVID AQUINO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:20-CV-277<br><br>**CONSENT JUDGMENT REVOKING NATURALIZATION** |

The Court having considered the Complaint filed by the United States of America ("United States") against Saul David Aquino ("Defendant") and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; Defendant having been advised by counsel; the parties having filed a Joint Motion for Consent Judgment; and Defendant having admitted that he illegally procured his naturalization and that he procured his naturalization by concealment of a material fact and willful misrepresentation as described in the Complaint and Joint Motion; it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1) The Joint Motion for Consent Judgment is GRANTED;

(2) In accordance with the Joint Motion for Consent Judgment, judgment is ENTERED in favor of the United States and against Defendant;

(3) The Court FINDS and DECLARES that Defendant illegally procured his U.S. citizenship;

(4) The Court FINDS and DECLARES that Defendant procured his U.S. citizenship by concealment of a material fact and willful misrepresentation;

(5) The order admitting Defendant to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, August 26, 2009;

(6) Certificate of Naturalization No. 32766062 is CANCELED, effective as of the original date of the certificate, August 26, 2009;

(7) Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his August 26, 2009 naturalization;

(8) Defendant shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others) to Counsel for the United States, Kathryne M. Gray; and

(9) The Parties shall appear in person for a compliance hearing on June 8, 2021, at 10:00 a.m. in New Bern, NC, at which Defendant must demonstrate that he has complied with this Judgment, unless the United States provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

IT IS SO ORDERED:

DATED this 15th day of March, 2021.

BY THE COURT:

Louise W. Flanagan
United States District Judge